IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YVETTE JOY LIEBESMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>COMPETITOR GROUP, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:14-cv 01653-RLW<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DIANNE ST. JOHN IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT**

I, Dianne St. John, hereby declare as follows:

1. I am Vice President, Human Resources, with Competitor Group, Inc. ("CGI"). I make this declaration in support of CGI's motion to dismiss Plaintiff Yvette Liebesman's Amended Collective and Class Action Complaint ("FAC"). I have personal knowledge of the facts set forth in this Declaration and if called upon to testify I could and would testify competently thereto.

2. Each Rock 'n' Roll event takes place in a different city and has its own distinct races and associated Health & Fitness Expo. For each city, the marathon, half-marathon, and any other races are held over the course of one or two days. For each city, the Health & Fitness Expo is held over the course of two days, which may overlap with race days. As shown on the attached exhibits, each Rock 'n' Roll event lasts for a maximum of three days.

113138803

3.      Attached as **Exhibit 1** is a true and correct copy of CGI's Rock 'n' Roll Marathon schedule of races for 2015, available at http://runrocknroll.competitor.com/tour-stops, which Plaintiff cited to in the FAC at ¶ 12. Also attached hereto as **Exhibit 2** is a true and correct copy of CGI's Rock 'n' Roll Marathon schedule of Health & Fitness Expos for 2015, available at http://runrocknroll.competitor.com/expo. No single Rock 'n' Roll event is scheduled to last longer than three days.

4.      Attached as **Exhibit 3** is a true and correct copy of CGI's Rock 'n' Roll Marathon schedule of events for 2014 available at http://competitorgroup.com/cgimediakit/running/rock-n-roll-marathon-series/schedule/, which Plaintiff cited to in the FAC at ¶ 11. Exhibit 3 includes all race days and days on which the accompanying Health and Fitness Expos for each city were scheduled to take place. No single Rock 'n' Roll event lasted longer than three days.

5.      Attached as **Exhibit 4** is a true and correct copy of CGI's Rock 'n' Roll Marathon schedule of races for 2013 as it was published on CGI's website on January 17, 2013, which Plaintiff cited to in the FAC at ¶ 11. Also attached as **Exhibit 5** is a true and correct copy of CGI's Rock 'n' Roll Marathon schedule of events for 2013 as of April 25, 2013, which includes all race days and days on which the accompanying Health and Fitness Expos for each city were scheduled to take place. No single Rock 'n' Roll event lasted longer than three days.

6.      Attached as **Exhibit 6** is a true and correct copy of CGI's Rock 'n' Roll Marathon schedule of races for 2012 as it was published on CGI's website on January 6, 2012, which Plaintiff cited to in the FAC at ¶ 10. Also attached as **Exhibit 7** is a true and correct copy of CGI's Rock 'n' Roll Marathon schedule of events for 2012 as of March 30, 2012, which includes all race days and days on which the accompanying Health and Fitness Expos for each city were scheduled to take place. No single Rock 'n' Roll event lasted longer than three days.

7.      Attached as **Exhibit 8** is a true and correct copy of CGI's 2014 Official Charity Program, available at http://cdn.runrocknroll.competitor.com/files/2014/04/2014-RNR-Official-Charity-Program-v.04.14.14.pdf, which Plaintiff cited to in the FAC at ¶ 24.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on January 20, 2015 in San Diego, CA.

*[signature]*
Dianne St. John