**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| YVETTE JOY LIEBESMAN, individually and on behalf of all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  4:14-cv-01653-RLW |
| | ) | |
| COMPETITOR GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DEREK Y. BRANDT IN SUPPORT OF PLAINTIFF'S RENEWED**
**MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED**
**NOTICE PURSUANT TO § 216(b) OF THE FLSA**

I, Derek Y. Brandt, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Managing Member of Brandt Law LLC, one of the law firms representing Plaintiff herein.  I am an attorney in good standing admitted to practice in the State of Illinois.  I am admitted to practice *pro hac vice* before this Court for this action.  In addition, my application for General Admission to practice before this Court has been submitted and is pending at this time.

2. I have been the lawyer primarily responsible for the prosecution of Plaintiff's claims in this case.

3. I make this Declaration in order to put before the Court certain factual matter and to submit Plaintiff's proposed Notice and Reminder.

4. The statements made in this Declaration are based on my personal knowledge and would so testify if called as a witness at trial.

**Exhibits**

5.  Attached as **Exhibit A** is a true and correct copy of the Declaration of Yvette Joy
    Liebesman in support of Plaintiff's Renewed Motion for Conditional Certification and
    Curt-Authorized Notice Pursuant to § 216(b) of the FLSA.

6.  Attached as **Exhibit B** is a true and correct copy of CGI's "Media Kit," downloaded from
    the CGI internet Website at http://cdn.competitorgroup.com/wp-
    content/uploads/2014/05/2014_CGIMEDIAKIT_FINAL5-5-14.pdf (Last visited July 28,
    2015).

7.  Attached as **Exhibit C** is a true and correct copy of the "Results" page downloaded from
    the CGI internet Website at http://www.runrocknroll.com/results/ (Last visited July 28,
    2015).

8.  Attached as **Exhibit D** is a true and correct copy of the St. Louis event "Volunteer" page
    downloaded from the CGI internet Website at http://www.runrocknroll.com/st-louis/the-
    weekend/volunteer/ (Last visited July 28, 2015).

9.  Attached as **Exhibit E** is a true and correct copy of the Brooklyn event "Volunteer" page
    downloaded from the CGI internet Website at
    http://www.runrocknroll.com/brooklyn/the-weekend/volunteer/ (Last visited July 28,
    2015).

10. Attached as **Exhibit F** is a true and correct copy of the San Jose event "Volunteer" page
    downloaded from the CGI internet Website at http://www.runrocknroll.com/san-jose/the-
    weekend/volunteer/ (Last visited July 28, 2015).

11. Attached as **Exhibit G** is a true and correct copy of the Denver event "Volunteer" page
    downloaded from the CGI internet Website at http://www.runrocknroll.com/denver/the-

weekend/volunteer/ (Last visited July 28, 2015).

12. Attached as **Exhibit H** is a true and correct copy of the Virginia Beach event "Volunteer"

page downloaded from the CGI internet Website at

http://www.runrocknroll.com/virginia-beach/the-weekend/volunteer/ (Last visited July

28, 2015).

13. Attached as **Exhibit I** is a true and correct copy of the "Race Crew Volunteer

Assignments" page downloaded from the CGI internet Website at

http://cdn.runrocknroll.com/wp-content/sites/1/2015/06/Race-Crew-Position-

Descriptions_Hands-On.pdf (Last visited July 28, 2015).

14. Attached as **Exhibit J** is a true and correct copy of the Rock 'n' Roll Marathon Series

Race Crew Facebook page, "About," downloaded from

https://www.facebook.com/RnRSeriesVolunteer/info?tab=page_info (Last visited July

28, 2015).

15. Attached as **Exhibit K** is a true and correct copy of the Rock 'n' Roll Marathon Series

Race Crew Facebook page downloaded from

https://www.facebook.com/RnRSeriesVolunteer (Last visited July 28, 2015).

16. Attached as **Exhibit L** a true and correct copy of the Department of Labor's

Fair Labor Standards Act Advisor for Volunteers, available at

http://www.dol.gov/elaws/esa/flsa/docs/volunteers.asp (last visited July 28, 2015).

17. Attached as **Exhibit M** is Plaintiff's Proposed Notice.

18. Attached as **Exhibit N** is Plaintiff's Proposed Reminder Postcard and Email.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed:        July 28, 2015
                 Edwardsville, Illinois

Derek Y. Brandt

BRANDT LAW LLC
P.O. Box 487
Edwardsville, Illinois 62025
Telephone: 618-307-6116
derek@brandtlawllc.com

4