# Exhibit D

| 82 | 09 | 28 | 48 |
|---|---|---|---|
| DAYS | HOURS | MIN | SEC |

**REGISTER (HTTP://WWW.RUNROCKNROLL.COM/LOUIS/REGISTER/)**

(http://www.runrocknroll.com/st-louis)



| THE RACES (HTTP://WWW.RUNROCKNROLL.COM/ST-LOUIS/THE-RACES/DISTANCES/) | THE WEEKEND (HTTP://WWW.RUNROCKNROLL.COM/ST-LOUIS/THE-WEEKEND/SCHEDULE-OF-EVENTS/) |
|---|---|

## ST. LOUIS
# THE WEEKEND
## OCT 17-18 /2015

 **MENU**

# VOLUNTEER

Help support your community, as well as the thousands of runners and walkers by volunteering! With over 900 positions available there is a spot for everyone; including teams, corporate groups, family and friends. Click the blue "Race Crew" button below to volunteer for the Race Crew.


(http://volunteer.competitor.com/signup.php?event_id=525)

Race Crew volunteers assist with nearly every aspect of the event, including the Health & Fitness Expo, Start Line, Finish Line, and the Water Stations along the course. Click the blue "Race Crew" buttons to sign up online as a Race Crew Volunteer.

# SHIFT INFORMATION

⭐ = Crucial Shifts: These shifts are difficult to fill! If you are able to attend any shift on this particular day, we encourage you to do so.

October 15, 16 & 17 – Health & Fitness Expo

Location: America's Center • Hall 5 [map (http://explorestlouis.com/wp-content/uploads/2011/06/Americas-Center_Floorplan-Level1-2011.pdf)]

Shifts:

- Thursday, October 15 – 1:00pm to 4:00pm

- Friday, October 16 – 12:00pm to 3:30pm | 2:30pm to 6:00pm |'All Day' available

- Saturday, October 17 – 9:00am to 2:00pm | 1:00pm to 5:30pm |'All Day' available

Saturday, September 26 – Saturday 5K

Location: 15th St between Pine and Chestnut St Louis, MO 63103

Shifts:

- ⭐6:00am to 10:00am

Sunday, October 18 – Start/Finish Line

Location: 15th St between Pine and Chestnut St Louis, MO 63103

Shifts:

- Race Day Shift 1 – 4:30am to 8:00am
- Race Day Shift 2 – 5:30am to 1:30pm
- Race Day Gear Check – 5:00am to 1:00pm

Sunday, October 18 – Water Stations

Location: Varied along course

Shifts: ⭐Varied


(http://volunteer.competitor.com/signup.php?event_id=525)

## MEDICAL SHIFT INFORMATION

The Medical Team is dedicated to providing rapid assessment and administering acute first aid services to event participants. The team is made up of volunteers from many medical institutions within the local community. Medical Volunteer Registration Coming Soon!

Shift Times: Varied

Locations: Various: Start, Finish, Course

## CONTACT THE VOLUNTEER DEPARTMENT

Race Crew Volunteer Coordinator

- Email: Jules@FleetFeetStLouis.com (mailto:Jules@FleetFeetStLouis.com)
- Phone: (314) 477-5404

Medical Volunteer Coordinator

- Email: medical@competitorgroup.com (mailto:medical@competitorgroup.com)
- Phone: (800) 311-1255

## ADDITIONAL INFORMATION

- Like the Race Crew on Facebook (https://www.facebook.com/RnRSeriesVolunteer)!
- Have a group interested in volunteering? Contact us at Jules@FleetFeetStLouis.com (mailto:Jules@FleetFeetStLouis.com)!
- Download our Volunteer Positions Guide (http://cdn.runrocknroll.com/wp-content/sites/1/2015/06/Race-Crew-Position-Descriptions_Hands-On.pdf) to learn more about the available volunteer positions at each shift.

# TOURPASS

## ONE PASS. UNLIMITED ROCK 'N' ROLL.

# SHOP GEAR

TRAINING & RACE DAY APPAREL

# EVENT PARTNERS

 (http://www.rungevity.org)

(http://www.rungevity.org/the-foundation/)

 (http://toyota.com)

(http://closethegap.humana.com)

(http://c

## SERIES

About (http://runrocknroll.com/about-the-rock-n-roll-marathon-series/)

Press (http://runrocknroll.com/press/)

Race Results (http://runrocknroll.com/results/)

Expo Vendor (http://runrocknroll.com/expo/)

Partners (http://runrocknroll.com/partners/)

Charity (http://runrocknroll.com/charities/)

Blog (http://runrocknroll.com/rock-blog/)

Elite Athletes (http://runrocknroll.com/elite-athlete-program/)

## THE RACES

Distances (http://www.runrocknroll.com/st-louis/the-races/distances/)

General Info (http://www.runrocknroll.com/st-louis/the-races/general-info/)

Confirm Entry (http://www.runrocknroll.com/st-louis/the-races/confirm-entry/)

Course (http://www.runrocknroll.com/st-louis/the-races/course/)

Results (http://www.runrocknroll.com/st-louis/the-races/results/)

Elites (http://www.runrocknroll.com/st-louis/the-races/elite-athletes/)

## THE WEEKEND

Schedule (http://www.runrocknroll.com/st-louis/the-weekend/schedule-of-events/)

Expo (http://www.runrocknroll.com/st-louis/the-weekend/health-fitness-expo/)

Entertainment (http://www.runrocknroll.com/st-louis/the-weekend/entertainment/)

Hotels (http://www.runrocknroll.com/st-louis/the-weekend/hotels/)

Charity (http://www.runrocknroll.com/st-louis/the-weekend/charity/)

Volunteer (http://www.runrocknroll.com/st-louis/the-weekend/volunteer/)

VIP (http://www.runrocknroll.com/st-louis/the-weekend/vip/)

## CONNECT

Contact (http://runrocknroll.com/contact/)

Twitter (https://twitter.com/runrocknroll)

Facebook (http://facebook.com/pages/Rock-n-Roll-St-Louis-Marathon-12-Marathon/108641972528247)

Instagram (http://instagram.com/runrocknroll)

YouTube (http://www.youtube.com/runrocknroll/)

Pinterest (https://www.pinterest.com/runrocknroll/)

Case: 4:14-cv-01653-RLW   Doc. #: 39-4   Filed: 07/28/15   Page: 8 of 8 PageID #: 384

(http://www.runrocknroll.com)

© 2015 – Competitor Group, Inc. All Rights Reserved. About (http://runrocknroll.com/about-competitor-group/) | Privacy Policy (http://competitorgroup.com/privacy-policy/) | Media Kit (http://competitorgroup.com/cgimediakit/) | Careers (https://careers-competitorgroup.icims.com/jobs/intro?hashed=0)