UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YVETTE JOY LIEBESMAN, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:14-CV-1653-RLW |
| COMPETITOR GROUP, | ) ) ) |
| Defendants | ) ) ) |

### JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment as to Count I (ECF No. 65) is **GRANTED**. Plaintiff's claim in Count I is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Plaintiff's state law claims are **DISMISSED** without prejudice.

Dated this 15th day of January, 2015.

*/s/ Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE